**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

LANA MARIE LEWIS
    Plaintiff,

                        Case Number 4:06-cv-00012-RRB

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security
    Defendants.         **JUDGMENT IN A CIVIL CASE**

__XX__ **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT the Decision of the Administrative Law Judge not to re-open Plaintiff's 2001 claim is VACATED and this matter is REMANDED with instructions for an Administrative Law Judge to consider, on the merits, whether Plaintiff met an/or meets disability requirements from January 1, 1984 forward.

Attorney Fees in the amount of $5,045.24 are awarded to Plaintiff's counsel as ordered  11/13/2007 at docket 23.

APPROVED:

s/RALPH R. BEISTLINE
RALPH R. BEISTLINE
United States District Judge

February 26, 2008
Date: February 26, 2008

[ ]{JMT2.WPT*Rev.3/03}